USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  UNITED STATES OF AMERICA,    :
                                          :
                                          :
            -v-                   :
                                          :       1:15-cr-321-GHW
  JOHNNY RODRIGUEZ,                :
                                          :       ORDER
                           Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On November 18, 2020, Johnny Rodriguez filed a motion requesting that the Court terminate the remainder of his supervised release. Dkt. No. 488. While the motion is dated May 8, 2020, and the defendant has asserted that it was filed around that date, the Court has no record of its submission prior to November 18, 2020. *See* Dkt. Nos. 486 and 487.

Unfortunately, the fact that the Court has received this request now, rather than in May makes a difference. That is because on August 18, 2020, the Court transferred jurisdiction with respect to Mr. Rodriguez's supervised release to the District of New Jersey at the request of the probation office in the District of New Jersey. As a result, any application to modify the conditions of Mr. Rodriguez's supervised release should be addressed to the District of New Jersey. The Court denies the motion without prejudice to renewal in that court.

The Court apologizes for the back and forth, which may have resulted in a delay in the resolution of his application. Mr. Rodriguez's probation officer, who requested the transfer of jurisdiction, may be able to provide Mr. Rodriguez with further information about the proper procedure to follow for such an application.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 488 and to mail a copy of this order to the defendant at the following address: 325-329 Ryerson Avenue, Paterson, N.J. 07502, which is the return address provided by him in his November 9, 2020 letter to the Court. Dkt. No. 486.

SO ORDERED.

Dated: November 27, 2020

_____
GREGORY H. WOODS
United States District Judge